| | |
|---|---|
| **Oggetto:** | Re: MV ZHONG GU YING KOU refueling in Zhoushan |
| **Data:** | martedì 1 agosto 2023, 09:43:00 Ora legale dell'Europa centrale |
| **Da:** | luca scagliarini |
| **A:** | luca scagliarini |
| **CC:** | Ornela Mahilaj, Claudio Cecchini, GOAOPS |
| **BCC:** | Susanna Mutascio Riviera Marine, Ocean Energy, Riviera Marina, Hanseatic Bunker Services, Aleksander Hoffmann, federico lulli, Maxime Cramer, Lorenzo Buffoni, flavio rinaldi, giulio natalizia, Luciana Della Gatta, Giuseppe Azzena, Nildeep Dholakia, Delta Energy generale, Saloni, Vaibhaav Srinath Dev, Fulvio Piscitelli , Pisano Bunker Srl, Olimar, Carlemilio Momigliano (Monjasa), Youssef Zahra, Sofia Bourmpoula, Vaibhaav Srinath Dev |
| **Allegati:** | image001.jpg |

Hi Dears ,
**The below is still open and slightly amended please check carefully and bring us your best offer**
Wish you all a great day ahead
Please propose your best and competitive fuel price  for :

Ship :         ZHONG GU YING KOU
Imo number :      9809215

Account :
**Kalypso Compagnia di Navigazione SpA**
**Piazza Della Vittoria  12/21**
**16121 Genova**

Grade :  VLSFO 0,5 % – **500**  metric tons  LSMGO **40** metric tons   quality to comply with   ISO standard 8217:2017 or any subsequent amendments thereof  specifications or ISO 8217 – 2012 or ISO  8217 :2010specifications

in addition fuel must comply  :

1.1 ISO 8217:2017, always in compliance with any international, regional or local rules & regulations.
1.2 For VLSFO, RMK 700 or better with max 0,50 mass % Sulphur.
1.3 For ULSFO, RMD 80 or better with max 0,10 mass % Sulphur.
1.4 For MDO or MGO, DMZ or better with minimum viscosity of 3 cSt at 40 deg C and max 0,10 mass % Sulphur.
THE FUELS SHALL BE FREE FROM WASTE LUBRICANTS, OR ANY HARMFUL SUBSTANCES AND SHALL ALWAYS BE COMPLIANT TO THE LATEST AMENDMENTS OF MARPOL 73/78 ANNEX VI FOR SECA AND ANY OTHER NATIONAL, LOCAL AND INTERNATIONAL REQUIREMENTS APPLICABLE TO PORTS OF CALL AS REGARDS SULPHUR CONTENTS.
SELLERS ARE NOT ALLOWED TO COMINGLE DIFFERENT BUNKER STEMS. FUELS OUTSIDE THIS SPECIFICATION MAY RESULT IN DAMAGE TO MAIN ENGINE AND/OR LOSS OF PERFORMANCE, FOR WHICH SELLERS ARE RESPONSIBLE.

VESSEL WILL PARTICIPATE IN THE DNV FUEL QUALITY TESTING PROGRAMME.

During bunkering a primary sample of each grade of fuels shall be drawn

in
accordance with IMR Resolution MEPC.182(59) Guidelines for the Sampling of
Fuel Oil for Determination of Compliance with the Revised MARPOL 73/78 Annex
VI or any subsequent amendments thereof. Each primary sample shall be
divided into no fewer than seven (7) samples; one sample of each grade of
fuel shall be retained on board for MARPOL purposes and the remaining
samples of each grade distributed between the parties Seller/Buyer /Ship

**OPL  : <mark>Zhoushan  or Ningbo alongside whilst loading</mark>**
Laycan : August 06/07, 2023

Conditions by barge

**Agent…please check with Nancy berthing/ETC/ETS prospects  :**

**NANCY ZHU**
**SHIPPING DEPT.OPERATION**
**NINGBO PORT SOUTHEAST SHIPPING AGENCY CO.,LTD**
**4F SEL BLDG,No.258 Changle RD,Eastern New City,Yinzhou District,Ningbo, China**
**Tel: +86 574 87096622 (24HRS)**
      **+86 574 87096630 (Direct Line)**
**Fax:+86 574 87096611**
**Mob:+86 152 6785 7078**
**Email:shippingagency@npsesa.com (group)**
**P.C. 315040**


Payment terms as usual



Pleased to hear your best and competitive offer

BRGDS
Luca


   Luca Scagliarini
   Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: **luca.scagliarini@kcnshipping.com**
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
         **16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

Wednesday, December 20, 2023 at 19:58:14 Central European Standard Time

**Oggetto:** MV ZHONG GU YING KOU refueling in Taicang or Zhoushan
**Data:** mercoledì 12 luglio 2023, 03:59:22 Ora legale dell'Europa centrale
**Da:** luca scagliarini
**A:** luca scagliarini
**CC:** Ornela Mahilaj, Claudio Cecchini, GOAOPS
**BCC:** Susanna Mutascio Riviera Marine, Ocean Energy, Riviera Marina, Hanseatic Bunker Services, Aleksander Hoffmann, federico lulli, Maxime Cramer, Lorenzo Buffoni, flavio rinaldi, giulio natalizia, Luciana Della Gatta, Giuseppe Azzena, Nildeep Dholakia, Delta Energy generale, Saloni, Vaibhaav Srinath Dev, Fulvio Piscitelli , Pisano Bunker Srl, Olimar, Carlemilio Momigliano (Monjasa), Youssef Zahra, Sofia Bourmpoula, Vaibhaav Srinath Dev
**Allegati:** image001.jpg

Hi Dears ,
Wish you all a great day ahead
Please propose your best and competitive fuel price  for :

Ship :              ZHONG GU LIN YI
Imo number :        9809215

Account :
**Kalypso Compagnia di Navigazione SpA**
**Piazza Della Vittoria  12/21**
**16121 Genova**

Grade :   VLSFO 0,5 % - **330**  metric tons  LSMGO **nil** metric tons
quality to comply with   ISO standard 8217:2017 or any subsequent amendments thereof  specifications or ISO 8217 – 2012 or ISO  8217 :2010specifications

in addition fuel must comply  :

1.1 ISO 8217:2017, always in compliance with any international, regional or local rules & regulations.
1.2 For VLSFO, RMK 700 or better with max 0,50 mass % Sulphur.
1.3 For ULSFO, RMD 80 or better with max 0,10 mass % Sulphur.
1.4 For MDO or MGO, DMZ or better with minimum viscosity of 3 cSt at 40 deg C and max 0,10 mass % Sulphur.
THE FUELS SHALL BE FREE FROM WASTE LUBRICANTS, OR ANY HARMFUL SUBSTANCES AND SHALL ALWAYS BE COMPLIANT TO THE LATEST AMENDMENTS OF MARPOL 73/78 ANNEX VI FOR SECA AND ANY OTHER NATIONAL, LOCAL AND INTERNATIONAL REQUIREMENTS APPLICABLE TO PORTS OF CALL AS REGARDS SULPHUR CONTENTS.
SELLERS ARE NOT ALLOWED TO COMINGLE DIFFERENT BUNKER STEMS. FUELS OUTSIDE THIS SPECIFICATION MAY RESULT IN DAMAGE TO MAIN ENGINE AND/OR LOSS OF PERFORMANCE, FOR WHICH SELLERS ARE RESPONSIBLE.

VESSEL WILL PARTICIPATE IN THE DNV FUEL QUALITY TESTING PROGRAMME.

During bunkering a primary sample of each grade of fuels shall be drawn in
accordance with IMR Resolution MEPC.182(59) Guidelines for the Sampling of

```
Fuel Oil for Determination of Compliance with the Revised MARPOL 73/78 Annex
VI or any subsequent amendments thereof. Each primary sample shall be
divided into no fewer than seven (7) samples; one sample of each grade of
fuel shall be retained on board for MARPOL purposes and the remaining
samples of each grade distributed between the parties Seller/Buyer /Ship
```

**alongside whilst loading  : Taicang**
**Laycan : July 15/17, 2023**

**Conditions by barge**

**Alternatively subject price   OPL Zhoushan date July 16/18 , 2023**

```
Payment terms as usual

Pleased to hear your best and competitive offer

BRGDS
Luca
```

**Luca Scagliarini**
Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: **luca.scagliarini@kcnshipping.com**
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
          **16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

**Oggetto:** MV ZHONG GU XIONG AN refueling in Trincomalee
**Data:** venerdì 14 luglio 2023, 07:36:23 Ora legale dell'Europa centrale
**Da:** luca scagliarini
**A:** luca scagliarini
**CC:** Ornela Mahilaj, Claudio Cecchini, Vincenzo Italia
**BCC:** Susanna Mutascio Riviera Marine, Ocean Energy, Riviera Marina, Hanseatic Bunker Services, Aleksander Hoffmann, federico lulli, Maxime Cramer, Lorenzo Buffoni, flavio rinaldi, giulio natalizia, Luciana Della Gatta, Giuseppe Azzena, Nildeep Dholakia, Delta Energy generale, Saloni, Vaibhaav Srinath Dev, Fulvio Piscitelli , Pisano Bunker Srl, Olimar, Carlemilio Momigliano (Monjasa), Youssef Zahra, Sofia Bourmpoula, Vaibhaav Srinath Dev
**Allegati:** image001.jpg

---

MV ZHONG GU XIONG AN refueling in Trincomalee

Hi Dears  ,
Wish you all a great day ahead
Please propose your best and competitive fuel price  for :

Ship :       ZHONG GU XIONG AN
Imo number :    9812901

Account :
**Kalypso Compagnia di Navigazione SpA**
**Piazza Della Vittoria  12/21**
**16121 Genova**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Grade :   VLSFO 0,5 % - **350**/**500**  metric tons  ( final quantity will be confirmed soon ) LSMGO **30** metric tons   quality to comply with   ISO standard 8217:2017 or any subsequent amendments thereof  specifications or ISO 8217 – 2012 or ISO  8217 :2010specifications

in addition fuel must comply  :

1.1 ISO 8217:2017, always in compliance with any international, regional or local rules & regulations.
1.2 For VLSFO, RMK 700 or better with max 0,50 mass % Sulphur.
1.3 For ULSFO, RMD 80 or better with max 0,10 mass % Sulphur.
1.4 For MDO or MGO, DMZ or better with minimum viscosity of 3 cSt at 40 deg C and max 0,10 mass % Sulphur.
THE FUELS SHALL BE FREE FROM WASTE LUBRICANTS, OR ANY HARMFUL SUBSTANCES AND SHALL ALWAYS BE COMPLIANT TO THE LATEST AMENDMENTS OF MARPOL 73/78 ANNEX VI FOR SECA AND ANY OTHER NATIONAL, LOCAL AND INTERNATIONAL REQUIREMENTS APPLICABLE TO PORTS OF CALL AS REGARDS SULPHUR CONTENTS.
SELLERS ARE NOT ALLOWED TO COMINGLE DIFFERENT BUNKER STEMS. FUELS OUTSIDE THIS SPECIFICATION MAY RESULT IN DAMAGE TO MAIN ENGINE AND/OR LOSS OF PERFORMANCE, FOR WHICH SELLERS ARE RESPONSIBLE.

VESSEL WILL PARTICIPATE IN THE DNV FUEL QUALITY TESTING PROGRAMME.

During bunkering a primary sample of each grade of fuels shall be drawn in
accordance with IMR Resolution MEPC.182(59) Guidelines for the Sampling of
Fuel Oil for Determination of Compliance with the Revised MARPOL 73/78 Annex
VI or any subsequent amendments thereof. Each primary sample shall be
divided into no fewer than seven (7) samples; one sample of each grade of
fuel shall be retained on board for MARPOL purposes and the remaining
samples of each grade distributed between the parties Seller/Buyer /Ship

**OPL  : Trincomalee**

**Laycan : July 17th / July 20st , 2023  ( ETA should be July 19th, 2023 )**

**Conditions by barge**

**Agent in Trincomalee to be provided by supplier**

Payment terms as usual

Pleased to hear your best and competitive offer

BRGDS
Luca

<span style="color:orange">**Luca Scagliarini**</span>
Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: luca.scagliarini@kcnshipping.com
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
         **16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

| | |
|---|---|
| **Oggetto:** | MV ZHONG GU Peng Lai refueling in Ningbo or Zhoushan |
| **Data:** | mercoledì 23 agosto 2023, 10:30:21 Ora legale dell'Europa centrale |
| **Da:** | luca scagliarini |
| **A:** | luca scagliarini |
| **CC:** | Ornela Mahilaj, Claudio Cecchini, Vincenzo Italia |
| **BCC:** | Susanna Mutascio Riviera Marine, Ocean Energy, Riviera Marina, Hanseatic Bunker Services, Aleksander Hoffmann, federico lulli, Maxime Cramer, Lorenzo Buffoni, flavio rinaldi, giulio natalizia, Luciana Della Gatta, Giuseppe Azzena, Nildeep Dholakia, Delta Energy generale, Saloni, Vaibhaav Srinath Dev, Fulvio Piscitelli , Pisano Bunker Srl, Olimar, Carlemilio Momigliano (Monjasa), Youssef Zahra, Sofia Bourmpoula, Vaibhaav Srinath Dev, Sonan Bunkers |
| **Allegati:** | image001.jpg |

Hi Dears  ,
Wish you all a great day ahead
Please propose as from tomorrow market closing  your best and competitive fuel price  for :

Ship :            ZHONG GU PENG LAI
Imo number :      9809203

Account :
**Kalypso Compagnia di Navigazione SpA**
**Piazza Della Vittoria  12/21**
**16121 Genova**
[REDACTED]

Grade :  VLSFO 0,5 % - **500**  metric tons  LSMGO **50** metric tons   quality to comply with   ISO standard 8217:2017 or any subsequent amendments thereof  specifications or ISO 8217 – 2012 or ISO  8217 :2010specifications

in addition fuel must comply  :

1.1 ISO 8217:2017, always in compliance with any international, regional or local rules & regulations.
1.2 For VLSFO, RMK 700 or better with max 0,50 mass % Sulphur.
1.3 For ULSFO, RMD 80 or better with max 0,10 mass % Sulphur.
1.4 For MDO or MGO, DMZ or better with minimum viscosity of 3 cSt at 40 deg C and max 0,10 mass % Sulphur.
THE FUELS SHALL BE FREE FROM WASTE LUBRICANTS, OR ANY HARMFUL SUBSTANCES AND SHALL ALWAYS BE COMPLIANT TO THE LATEST AMENDMENTS OF MARPOL 73/78 ANNEX VI FOR SECA AND ANY OTHER NATIONAL, LOCAL AND INTERNATIONAL REQUIREMENTS APPLICABLE TO PORTS OF CALL AS REGARDS SULPHUR CONTENTS.
SELLERS ARE NOT ALLOWED TO COMINGLE DIFFERENT BUNKER STEMS. FUELS OUTSIDE THIS SPECIFICATION MAY RESULT IN DAMAGE TO MAIN ENGINE AND/OR LOSS OF PERFORMANCE, FOR WHICH SELLERS ARE RESPONSIBLE.

VESSEL WILL PARTICIPATE IN THE DNV FUEL QUALITY TESTING PROGRAMME.

During bunkering a primary sample of each grade of fuels shall be drawn in

```
accordance with IMR Resolution MEPC.182(59) Guidelines for the Sampling
of
Fuel Oil for Determination of Compliance with the Revised MARPOL 73/78
Annex
VI or any subsequent amendments thereof. Each primary sample shall be
divided into no fewer than seven (7) samples; one sample of each grade
of
fuel shall be retained on board for MARPOL purposes and the remaining
samples of each grade distributed between the parties Seller/Buyer
/Ship
```

**Alongside    : Ningbo whilst operating**
Laycan : August 29th / August 30th, 2023
, 2023   ( ETA should be August 29th, 2023 )

**Conditions by barge**

**Alternatively if Ningbo not available please try Zhoushan OPL by laycan August 29th,2023 / Sept 02nd, 2023**

**Agent in Ningbo /Zhoushan:**
**NANCY ZHU**
**SHIPPING DEPT.OPERATION**
**NINGBO PORT SOUTHEAST SHIPPING AGENCY CO.,LTD**
**4F SEL BLDG,No.258 Changle RD,Eastern New City,Yinzhou District,Ningbo,China**
**Tel: +86 574 87096622 (24HRS)**
**      +86 574 87096630 (Direct Line)**
**Fax:+86 574 87096611**
**Mob:+86 152 6785 7078**
**Email:shippingagency@npsesa.com (group)**
**P.C. 315040**

Payment terms as usual

Pleased to hear your best and competitive offer

BRGDS
Luca

**Luca Scagliarini**
Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: **luca.scagliarini@kcnshipping.com**
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
         **16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

Page 3 of 3

| | |
|---|---|
| **Oggetto:** | MV ZHONG GU YING KOU refueling in Trincomalee or Habantota |
| **Data:** | venerdì 25 agosto 2023, 11:21:40 Ora legale dell'Europa centrale |
| **Da:** | luca scagliarini |
| **A:** | luca scagliarini |
| **CC:** | Ornela Mahilaj, Claudio Cecchini, Vincenzo Italia, Gianluca Ceccarelli |
| **BCC:** | Susanna Mutascio Riviera Marine, Ocean Energy, Riviera Marina, Hanseatic Bunker Services, Aleksander Hoffmann, federico lulli, Maxime Cramer, Lorenzo Buffoni, flavio rinaldi, giulio natalizia, Luciana Della Gatta, Giuseppe Azzena, Nildeep Dholakia, Delta Energy generale, Saloni, Vaibhaav Srinath Dev, Fulvio Piscitelli , Pisano Bunker Srl, Olimar, Carlemilio Momigliano (Monjasa), Youssef Zahra, Sofia Bourmpoula, Vaibhaav Srinath Dev, Konstantinos Konstantopoulos |
| **Allegati:** | image001.jpg |

**You could offer also Monday …best prices win**

Hi Dears  ,
Wish you all a great day ahead
Please propose your best and competitive fuel price  for :

Ship :             ZHONG GU YING KOU
Imo number :       9809239

Account :
**Kalypso Compagnia di Navigazione SpA**
**Piazza Della Vittoria  12/21**
**16121 Genova**

Grade :  VLSFO 0,5 % – **560**  metric tons  LSMGO **00** metric tons   quality to comply with   ISO standard 8217:2017 or any subsequent amendments thereof  specifications or ISO 8217 – 2012 or ISO  8217 :2010specifications

in addition fuel must comply  :

1.1 ISO 8217:2017, always in compliance with any international, regional or local rules & regulations.
1.2 For VLSFO, RMK 700 or better with max 0,50 mass % Sulphur.
1.3 For ULSFO, RMD 80 or better with max 0,10 mass % Sulphur.
1.4 For MDO or MGO, DMZ or better with minimum viscosity of 3 cSt at 40 deg C and max 0,10 mass % Sulphur.
THE FUELS SHALL BE FREE FROM WASTE LUBRICANTS, OR ANY HARMFUL SUBSTANCES AND SHALL ALWAYS BE COMPLIANT TO THE LATEST AMENDMENTS OF MARPOL 73/78 ANNEX VI FOR SECA AND ANY OTHER NATIONAL, LOCAL AND INTERNATIONAL REQUIREMENTS APPLICABLE TO PORTS OF CALL AS REGARDS SULPHUR CONTENTS.
SELLERS ARE NOT ALLOWED TO COMINGLE DIFFERENT BUNKER STEMS. FUELS OUTSIDE THIS SPECIFICATION MAY RESULT IN DAMAGE TO MAIN ENGINE AND/OR LOSS OF PERFORMANCE, FOR WHICH SELLERS ARE RESPONSIBLE.

VESSEL WILL PARTICIPATE IN THE DNV FUEL QUALITY TESTING PROGRAMME.

During bunkering a primary sample of each grade of fuels shall be drawn

```
in
accordance with IMR Resolution MEPC.182(59) Guidelines for the Sampling
of
Fuel Oil for Determination of Compliance with the Revised MARPOL 73/78
Annex
VI or any subsequent amendments thereof. Each primary sample shall be
divided into no fewer than seven (7) samples; one sample of each grade
of
fuel shall be retained on board for MARPOL purposes and the remaining
samples of each grade distributed between the parties Seller/Buyer
/Ship
```

**OPL  : Trincomalee preferred**
**Laycan : August 31st /  Sept 02, 2023**

**Conditions by barge**
**Alternatively   Habantota same dates   subject competitive prices**

Payment terms as usual

Pleased to hear your best and competitive offer

BRGDS
Luca

**Luca Scagliarini**
Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: **luca.scagliarini@kcnshipping.com**
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
         **16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

**Oggetto:** MV ZHONG GU Peng Lai refueling in Trincomalee or Hambantota
**Data:** giovedì 14 settembre 2023, 08:45:56 Ora legale dell'Europa centrale
**Da:** luca scagliarini
**A:** luca scagliarini
**CC:** Ornela Mahilaj, Claudio Cecchini
**BCC:** Susanna Mutascio Riviera Marine, Ocean Energy, Riviera Marina, Hanseatic Bunker Services, Aleksander Hoffmann, federico lulli, Maxime Cramer, Lorenzo Buffoni, flavio rinaldi, giulio natalizia, Luciana Della Gatta, Giuseppe Azzena, Nildeep Dholakia, Delta Energy generale, Saloni, Vaibhaav Srinath Dev, Fulvio Piscitelli , Pisano Bunker Srl, Olimar, Carlemilio Momigliano (Monjasa), Youssef Zahra, Sofia Bourmpoula, Vaibhaav Srinath Dev, Konstantinos Konstantopoulos
**Allegati:** image001.jpg

Hi Dears ,
Wish you all a great day ahead
Please propose as from tomorrow market closing  your best and competitive fuel price  for :

Ship :            ZHONG GU PENG LAI
Imo number :      9809203

Account :
**Kalypso Compagnia di Navigazione SpA**
**Piazza Della Vittoria  12/21**
**16121 Genova**


Grade :  VLSFO 0,5 % - **500/560( final quantity to be confirmed**  metric tons  LSMGO **0/50** metric tons**(to be confirmed)**   quality to comply with  ISO standard 8217:2017 or any subsequent amendments
thereof  specifications or ISO 8217 – 2012 or ISO  8217 :2010specifications

in addition fuel must comply  :

1.1 ISO 8217:2017, always in compliance with any international, regional or local rules & regulations.
1.2 For VLSFO, RMK 700 or better with max 0,50 mass % Sulphur.
1.3 For ULSFO, RMD 80 or better with max 0,10 mass % Sulphur.
1.4 For MDO or MGO, DMZ or better with minimum viscosity of 3 cSt at 40 deg C and max 0,10 mass % Sulphur.
THE FUELS SHALL BE FREE FROM WASTE LUBRICANTS, OR ANY HARMFUL SUBSTANCES AND SHALL ALWAYS BE COMPLIANT TO THE LATEST AMENDMENTS OF MARPOL 73/78 ANNEX VI FOR SECA AND ANY OTHER NATIONAL, LOCAL AND INTERNATIONAL REQUIREMENTS APPLICABLE TO PORTS OF CALL AS REGARDS SULPHUR CONTENTS.
SELLERS ARE NOT ALLOWED TO COMINGLE DIFFERENT BUNKER STEMS. FUELS OUTSIDE THIS SPECIFICATION MAY RESULT IN DAMAGE TO MAIN ENGINE AND/OR LOSS OF PERFORMANCE, FOR WHICH SELLERS ARE RESPONSIBLE.

VESSEL WILL PARTICIPATE IN THE DNV FUEL QUALITY TESTING PROGRAMME.

During bunkering a primary sample of each grade of fuels shall be drawn

```
in
accordance with IMR Resolution MEPC.182(59) Guidelines for the Sampling
of
Fuel Oil for Determination of Compliance with the Revised MARPOL 73/78
Annex
VI or any subsequent amendments thereof. Each primary sample shall be
divided into no fewer than seven (7) samples; one sample of each grade
of
fuel shall be retained on board for MARPOL purposes and the remaining
samples of each grade distributed between the parties Seller/Buyer
/Ship
```

**Conditions by barge**
**OPL Trincomalee or Hambantota subject price**
**Laycan 18/21 September 2023**

**Agent to be provided by supplier**

Payment terms as usual

Pleased to hear your best and competitive offer

BRGDS
Luca

**Luca Scagliarini**
Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: **luca.scagliarini@kcnshipping.com**
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
         **16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.