USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIF LINE INTERNATIONAL SpA,

                Petitioner,

-against-

INTEGR8 FUELS PTE LTD,

                Respondent.

24-CV-03248 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Upon review of the Petition to Enjoin Arbitration, the Declaration of Francesco Isola dated April 29, 2024, the Memorandum of Law in Support of an Order to Show Cause to Temporarily Restrain, and to Preliminarily and Permanently Enjoin Arbitration (the "PI Motion"), and the exhibits attached thereto,

IT IS HEREBY ORDERED that on **May 30, 2024 at 2:30 p.m.**, Respondent shall appear before this Court at the United States District Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, in Courtroom 906 in order to show cause as to why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure temporarily restraining and preliminarily enjoining Respondent from proceeding with arbitrations they have commenced against the Petitioner before the Society of Maritime Arbitrators at New York, NY; and

IT IS FURTHER ORDERED that Respondent's papers in opposition, if any, to Petitioner's Petition and PI Motion must be filed and served electronically on Petitioner's counsel, **no later than May 13, 2024**; and

      IT IS FURTHER ORDERED that Petitioner's reply to Respondent's papers in opposition, if any, must be filed and served electronically on Respondent's counsel, **no later than May 20, 2024**; and

      IT IS FURTHER ORDERED that personal service of a copy of this Order, and all papers filed by Petitioner in this action thus far, shall be served on Respondent's counsel on or before **May 1, 2024**, shall be deemed good and sufficient service thereof.

      IT IS FURTHER ORDERED that Petitioner shall file an affidavit of service with the Court by **May 2, 2024** indicating that service has been effectuated.

Dated: April 30, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge