# McGregor Ex. C

# McGregor Ex. C

| | |
|---|---|
| **From:** | Francesco Isola <francesco.isola@riflinegroup.com> |
| **Sent:** | Wednesday, March 29, 2023 11:40 AM |
| **To:** | Integr8fuels Legal - Claims; Luca Scagliarini; Gianluca Ceccarelli; Andreina Domeniconi |
| **Cc:** | Giuseppe Azzena; Integr8fuels Legal - Claims |
| **Subject:** | R: Outstanding Bunker Invoices |

 IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender francesco.isola@riflinegroup.com

Dear Sirs
First of all let me apologise for the delay of the payments which was due to some banking issues.
As per our agreement we've already transferred the money on last Friday but for some technical reasons (which we shown openly) the payments were rejected three times.
Now find enclosed the swift ack for the first of two invoices still unpaid (IFPL10318 and IFPL9549)
Last remaining invoice will be settled by the end of this week as per your request.
Truly sorry for the continuous delay and for the problems we created to your company in this situation.
With my truly best regards
{1:F01CMFXCATTAXXX4036882700}{2:I103BKTRUS33XXXXN}{3:{111:001}{121:0749e1dc-6387-4a02-aa6d-9272ea69fe94}}{4:
:20:19576920-1
:23B:CRED
:32A:230329USD501594,30
:33B:USD501594,30
:50K:/292519
KALYPSO COMPAGNIA DI NAVIGAZI
ONE S P A LARGO SAN GIUSEPPE 3/32
GENOVA GE 16121 ITALY
:52D:CAMBRIDGE MERCANTILE CORP
212 KING ST WEST, SUITE 400
TORONTO, ONTARIO M5H 1K5
CANADA
:53B:<< HIDDEN >>
:56A:CITIUS33
:57A:CITISGSG
:59:/0030657004
INTEGR8 FUELS PTE LTD
5 SHENTON WAY 20 04 UIC BUILDING SI
NGAPORE 068808 SINGAPORE
:70:INV IFPL9549 10318
:71A:OUR
-}

**Francesco Isola**
Managing Director



**ROMA**
**RifLine International S.p.a.**
Email: **francesco.isola@riflinegroup.com**
Phone: **+39 06 40046653**
Mobile: **+39 334 6550869**
Address: **Piazza Gen. C.A. Dalla Chiesa, 43**
**00054 Fiumicino (RM)**
Website: **www.riflinegroup.com**

   

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

**Da:** Integr8fuels Legal - Claims <legalclaims@integr8fuels.com>
**Data:** mercoledì, 29 marzo 2023, 13:12
**A:** Luca Scagliarini <luca.scagliarini@riflinegroup.com>, Gianluca Ceccarelli <gianluca.ceccarelli@riflinegroup.com>, Francesco Isola <francesco.isola@riflinegroup.com>, Andreina Domeniconi <andreina.domeniconi@riflinegroup.com>
**Cc:** Giuseppe Azzena <Giuseppe.a@integr8fuels.com>, Integr8fuels Legal - Claims <legalclaims@integr8fuels.com>
**Oggetto:** RE: Outstanding Bunker Invoices

Dear Sirs
To clarify, we mean Thursday, 30 March 2023 in our penultimate paragraph below (rather than Wednesday, 30 March 2023).
Best regards
Victoria Macgregor
**Legal Counsel**
**For and on behalf of**
**Integr8 Fuels**
**Dir:** +44 (0)20 7943 5429
**Mob:** +44 (0)7738 982809
Email: legalclaims@integr8fuels.com
Website: www.Integr8fuels.com



**From:** Integr8fuels Legal - Claims <legalclaims@integr8fuels.com>
**Sent:** Wednesday, March 29, 2023 12:07 PM
**To:** luca.scagliarini@riflinegroup.com; gianluca.ceccarelli@riflinegroup.com; francesco.isola@riflinegroup.com; andreina.domeniconi@riflinegroup.com
**Cc:** Integr8fuels Legal - Claims <legalclaims@integr8fuels.com>; Giuseppe Azzena <Giuseppe.a@integr8fuels.com>
**Subject:** Outstanding Bunker Invoices
Dear Sirs
In accordance with internal policies, Integr8's legal department have been given notice of some long outstanding debts, which have gone past the agreed credit limits and are overdue, in breach of contract.
The outstanding debts are listed below.

| Order No | Invoice No | Customer | Vessel Name | Port | Date Delivered |
|---|---|---|---|---|---|
| 111502 | IFPL10318 | Kalypso Compagnia di Navigazione SpA and/or RIF International SpA | HIGHWAY | Singapore | 4 Dec 2022 |
| 112012 | IFPL10903 | Kalypso Compagnia di Navigazione SpA and/or RIF International SpA | RIJNBORG | Ceuta | 22 Dec 2022 |

| 100581 | IFPL9549 | Kalypso Compagnia di Navigazione SpA and/or RIF International SpA | EMORA | Taicang | 2 Nov 2022 |

| TOTAL OUTSTANDING AMOUNT |

Please ensure that payment of the total outstanding amount of **USD 956,678.71** is received into our account in full by **COB (Singapore) on Wednesday, 30 March 2023.** Given the continued non-payment it would appear that Integr8 have no other choice than to take any and all steps which it deems necessary to recover the sums due. Accordingly, Integr8 hereby notifies you that its rights to take any and all such steps without any further notice to you remain fully reserved.

*This message does not constitute a waiver of any and all accrued rights nor an extension of the credit terms afforded and, as you will appreciate, all rights (including but not limited to the right to claim contractual interest on the sums due until the date of eventual payment) must remain reserved.*

Best regards
Victoria Macgregor
**Legal Counsel**
**For and on behalf of**
**Integr8 Fuels**
**Dir:** +44 (0)20 7943 5429
**Mob:** +44 (0)7738 982809
Email: legalclaims@integr8fuels.com
Website: www.Integr8fuels.com

