# McGregor Ex. M

# McGregor Ex. M

**From:** luca scagliarini <luca.scagliarini@kcnshipping.com>
**Sent:** Thursday, January 5, 2023 5:12 AM
**To:** Luca Scagliarini <luca.scagliarini@riflinegroup.com>
**Cc:** Andreina Domeniconi <andreina.domeniconi@riflinegroup.com>; Mirella Baraldi <mirella.baraldi@riflinegroup.com>; Ornela Mahilaj <ornela.mahilaj@kcnshipping.com>; Gianluca Ceccarelli <gianluca.ceccarelli@riflinegroup.com>
**Subject:** INSTRUCTIONS

**To all Bunker Sellers**

Dear All ,
whish you a very Happy New Year

Please be informed about the following :

Point 1 Please all Sellers have fixed deal with us ( Rif & KCN) are kindly invited to send their updated SOA asap to all above addresses;

Point 2 For all future supplies , please always send your invoices to all above addresses ( for italian Sellers please provide to send the courtesy copy to above addresses as well ).

We kindly invite you to stick with above instructions and we shall appreciate to get the updated SOA within COB today

Thanks in advance

BRGDS

Luca

**Luca Scagliarini**
Fleet Manager



**GENOVA**
**Kalypso Compagnia di Navigazione S.p.a.**
Email: **luca.scagliarini@kcnshipping.com**
Phone: **+39 010**
Mobile: **+39 334 7418117**
Address: **Piazza Della Vittoria 12/21**
**16121 Genova (GE)**
C.F./P.I.: **02779710991**
Website: **www.compagniakalypso.com**

The information contained in this e-mail message and in any attached file, is confidential and may be privileged for the sole use of the designated address. Any unauthorized diffusion or copying of this e-mail or its attachments, and any use or disclosure of any information contained in it, is strictly prohibited and may be illegal. If you are not the designated addressee, please notify the sender immediately by e-mail or by telephone and delete this e-mail and any file transmitted with it from your system.
We make every effort to keep our network free from viruses and take no responsibility for any computer virus which might be transferred by way of this e-mail.

2