

The GrayBar Building  
420 Lexington Ave., Suite 300  
New York, NY 10170  
(212) 490-6050 – Phone  
(212) 490-6070 - Fax

1599 Post Road East  
Westport, CT 06880  
(203) 256-8600 – Phone  
(203) 255-5700 - Phone  
(203) 256-8615 – Fax  
(203) 255-5702 - Fax

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 5/30/2024

May 28, 2023

Hon. Margaret M. Garnett, USDJ  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10008

**RE:  RIF Line International SpA v. Integr8 Fuels Pte Ltd; Case No.: 24-cv-03248(MMG)**  
**LMP Ref. 6293**

Dear Judge Garnett:

    Our office represents the respondent, Integr8 Fuels Pte Ltd ("Integr8") in the above-referenced action. We write today, with the consent of the Petitioner, RIF Line International SpA ("RIF Line") to request that this Court enter an order permanently sealing Docket Entry 14, Attachments 1 (Exhibit A), 3 (Exhibit C), 15 (Exhibit O), and 16 (Exhibit P). Those attachments to Mr. McGregor's Declaration contain sensitive information and were incorrectly filed unredacted. Specifically, those Attachments contain bank account numbers. Corrected versions of the above Attachments, and a corrected version of Attachment 17 (Exhibit Q) have been filed simultaneously with this Letter.

    We thank the Court for its indulgence in this request.

Very truly yours,

Patrick F. Lennon  
Elliott T. Williams

GRANTED.  The Clerk of Court is directed to seal the following attachments to Dkt. No. 14: Attachments 1 (Exhibit A), 3 (Exhibit C), 15 (Exhibit O), and 16 (Exhibit P).

SO ORDERED. Dated May 30, 2024.

HON. MARGARET M. GARNETT  
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record